UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　10-74341-TJT
Kapelanski/Linda K.　　　　　　　　　　　　Judge Tucker
Debtor(s)
_____/

## OBJECTION TO CONFIRMATION

Now comes Conseco Finance Servicing Corporation N/K/A Greentree Servicing, LLC, Secured Creditor, by and through its authorized Attorney SCHNEIDERMAN & SHERMAN, P.C., and hereby objects to confirmation of the Debtor's Ch.13 Plan for reasons as follow:

1.　　The Chapter 13 Plan is not feasible as filed in violation of 11 U.S.C. Section 1325(a)(6);

2.　　The Chapter 13 Plan is under-funded as it underestimates the arrearage; the Chapter 13 Plan states that the arrearage is $2,800.00; when actual arrearage is $6,129.90;

3.　　The Chapter 13 Plan is under-funded as it underestimates the ongoing mortgage installments; the Chapter 13 Plan states that the ongoing monthly payment is $1,371.11, when the actual ongoing mortgage installment is $1,591.94;

4.　　The Debtor has failed to provide hazard insurance with respect to the subject property, that being 8315 Mayfair, Taylor, MI 48180 and creditor has forced an escrow to provide for such insurance policy; should debtor not provide proof of insurance

prior to confirmation, creditor demands the provisions of 11 U.S.C. Section 362(a) be lifted so that creditor may pursue its available non-bankruptcy state law remedies.

     5.    Debtor must increase funding in order to provide for the claim of GreenTree Servicing and to comply with 11 U.S.C. Section 1322(b) and 11 U.S.C. Section 1325(a)(5);

     Wherefore, Conseco Finance Servicing Corporation N/K/A Greentree Servicing, LLC, requests that the Ch. 13 Plan not be confirmed as regards this Secured Creditor; that the Debtor be required to amend the Ch.13 Plan, or, in the alternative, that the subject case be dismissed pursuant to the applicable statutes of the United States Bankruptcy Code.

                        SCHNEIDERMAN & SHERMAN, P.C.

Date:11/18/10

                        By:__/S/_Brett A. Border__
                        Brett A. Border(P65534)
                        bborder@sspclegal.com
                        Attorney for Green Tree Servicing, LLC
                        23938 Research Drive, Suite 300
                        Farmington Hills, Michigan 48335
                        248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　10-74341-TJT
Kapelanski/Linda K.　　　　　　　　　　　　 Judge Tucker


STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

　　　　I hereby certify that on the 18th day of November, 2010, I electronically filed the foregoing Objection To Confirmation and Notice of Appearance, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Tammy Terry　　　　　　　　　　　　　　　 Rochelle E. Guznack
Buhl Building　　　　　　　　　　　　　　　　16325 Homer
535 Griswold, Suite 2100　　　　　　　　　　 Plymouth, Mi 48170
Detroit, MI 48226


And I hereby certify that I have mailed by United States Postal Service the Objection to Confirmation and Notice of Appearance, to the following non-ECF participants:

Kapelanski/Linda K.
8315 Mayfair
Taylor, MI 48180

Execution on: November 18, 2010

　　　　　　　　　　　　　　　　　　By:　/S/ Brett A. Border
　　　　　　　　　　　　　　　　　　Brett A. Border(P65534)
　　　　　　　　　　　　　　　　　　bborder@sspclegal.com
　　　　　　　　　　　　　　　　　　Attorney for Green Tree Servicing, LLC
　　　　　　　　　　　　　　　　　　23938 Research Drive, Suite 300
　　　　　　　　　　　　　　　　　　Farmington Hills, Michigan 48335
　　　　　　　　　　　　　　　　　　248-539-7400